United States District Court
Southern District of Texas
**ENTERED**
March 25, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| PAUL J.,[1] § § § § § § § § § § § | |
| Plaintiff. | |
| V. | CIVIL ACTION NO. 4:24-cv-01416 |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On June 18, 2024, all matters in this social security disability appeal were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 6. Judge Edison filed a Memorandum and Recommendation on March 7, 2025, recommending that the decision of the Commissioner be affirmed. Dkt. 9.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

---

[1] On May 1, 2023, the Committee on Court Administration and Case Management of the Judicial Conference of the United States issued a memorandum recommending that courts adopt a local practice of using only the first name and last initial of any non-government party in Social Security opinions.

(1) Judge Edison's Memorandum and Recommendation (Dkt. 9) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) The Commissioner's decision is **AFFIRMED**.

It is so **ORDERED**.

SIGNED at Houston, Texas on March 25, 2025.

*George C. Hanks Jr*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE
